IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AHMED SLOAN,                                    No C-09-0837 VRW (PR)

        Plaintiff,

    v                                            ORDER OF DISMISSAL

FEDERAL BUREAU OF PRISONS,

        Respondent.
_____/

        This civil rights action by a prisoner was filed on February 26, 2009.  Doc #1.  The court notified plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 USC § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within thirty days would result in dismissal of the action.  Doc #3.  On March 12, 2009, the mail sent by the court was returned as undeliverable to plaintiff.  Doc #4.

1         More than two months have elapsed since plaintiff was
2    notified of his filing deficiency; however, he has not provided the
3    court with the requisite items, or sought an extension of time to do
4    so.  Further, plaintiff has failed to provide the court with a
5    current mailing address.  Because more than sixty days have passed
6    since the court's mail to plaintiff was returned, the case is
7    DISMISSED without prejudice pursuant to Civil Local Rule 3-11(b).
8         The Clerk shall close the file and terminate all pending
9    motions as moot.

12        IT IS SO ORDERED.

                              _____
                              **VAUGHN R WALKER**
                              **United States District Chief Judge**

26   G:\PRO-SE\VRW\CR.09\Sloan-09-0837.order of dismissal.wpd